# EXHIBIT A

Filed          20-CI-00308     03/30/2020          Amy Feldman, Franklin Circuit Clerk
NOT ORIGINAL DOCUMENT
04/22/2020 03:54:47 PM
43025-4

COMMONWEALTH OF KENTUCKY
FRANKLIN CIRCUIT COURT
CIVIL ACTION NO. _____
*Electronically Filed*

RACHEL LEE                                                                PLAINTIFF

vs.                                    **COMPLAINT**

UNITED OF OMAHA LIFE INSURANCE COMPANY                  DEFENDANT
d/b/a MUTUAL OF OMAHA

**Serve:**
General Counsel
3330 Mutual of Omaha Plaza
Omaha, NE 68175

TOPY AMERICA, INC.

**Serve:**
National Registered Agents, Inc.
306 West Main Street, Ste. 512
Frankfort, KY 40601

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

Comes the Plaintiff, Rachel Lee, through counsel, and for her Complaint against Defendants United of Omaha Life Insurance Company d/b/a Mutual of Omaha ("Mutual of Omaha") and Topy America, Inc. ("Topy"), states as follows:

1. This is an action to recover life insurance benefits due to Plaintiff, as sole beneficiary of the life insurance coverage of her now-deceased husband.

2. Plaintiff Rachel Lee is a citizen and resident of Gallatin County, Kentucky, and is the surviving spouse of Joseph William Lee ("Joseph Lee" or "Decedent").

3. Defendant Mutual of Omaha is an insurance company domiciled in the state of Nebraska, where it is a citizen and resident, and it is authorized to do the business of insurance in Kentucky by holding a Kentucky Certificate of Authority. Mutual of Omaha's service of

Presiding Judge: HON. THOMAS DAWSON WINGATE (648243)

COM : 000001 of 000005

Filed          20-CI-00308     03/30/2020          Amy Feldman, Franklin Circuit Clerk

Filed  20-CI-00308  03/30/2020  Amy Feldman, Franklin Circuit Clerk

NOT ORIGINAL DOCUMENT
04/22/2020 03:54:47 PM
43025-4

process agent is General Counsel, 3330 United of Omaha Plaza, Omaha, NE 68175, and Mutual of Omaha may be served through said service of process agent.

4. Defendant Topy was Decedent's employer; Topy is a Kentucky corporation and is a citizen and resident of Franklin County, KY. Its service of process agent is National Registered Agents, Inc., 306 West Main Street, Ste. 512, Frankfort, KY 40601, and Topy may be served through said service of process agent.

5. Jurisdiction is proper in this Court because Defendants transacted business, entered into the plan at issue, a contract, issued a policy of insurance in, and caused damages in the Commonwealth of Kentucky, and Plaintiff was employed with Topy, and was caused harm, in Franklin County, Kentucky, where Topy is a citizen and resident.

6. At the time of the circumstances giving rise to this lawsuit, Decedent was an employee of Topy.

7. Defendants provided a policy of life insurance to employees of Topy, which included Decedent.

8. Decedent was covered under a basic life insurance policy, and he also elected and paid the premiums for coverage under a voluntary life insurance policy. The policy numbers are GLUG-ACD3 and GVTL-ACD3, respectively. The Group Number is G000ACD3.[1]

9. Decedent was an insured and was covered under the Policies at the time period relevant to the claims asserted herein, and Decedent paid premiums for said coverage under one or both of the Policies.

10. At all times relevant to the claims herein, Plaintiff was Decedent's spouse, and she is and was the sole beneficiary of Decedent's life insurance Policies/coverages.

---

[1] The basic and voluntary life insurance policies shall be collectively referred to herein as the "Policies."

Filed  20-CI-00308  03/30/2020  2  Amy Feldman, Franklin Circuit Clerk

Presiding Judge: HON. THOMAS DAWSON WINGATE (648243)
COM : 000002 of 000005

11. The Policies entitle Plaintiff, as Decedent's beneficiary, to receive benefits if certain conditions are met, and all necessary conditions were met in this case for benefits to be paid.

12. Topy is the plan administrator of the subject plan/Policies.

13. Mutual of Omaha has responsibility for payment of any life insurance benefits due.

14. Decedent died on October 26, 2019, following a heart attack he had at work on October 21, 2019.

15. Plaintiff, as beneficiary of Decedent's life insurance Policies/coverages, timely and properly submitted a claim to Mutual of Omaha, consistent with the terms of the Policies. The pertinent claim number is 919346024500.

16. By letter dated December 27, 2019, Mutual of Omaha denied Plaintiff's claim for life insurance benefits under the Policies, and stated, "since your husband was not actively working and was hospital confined when the coverage would have become effective on October 26, 2019, there was no coverage in force on your husband's date of death . . . ."

17. Plaintiff timely and properly appealed the denial of the life insurance benefits, in the manner set forth in the Policies.

18. By letter dated March 2, 2020, Mutual of Omaha again denied Plaintiff's claim for life insurance benefits. Mutual of Omaha advised that the claim decision was final and that administrative remedies available under the Policies were exhausted.

19. Plaintiff has timely and properly exhausted all applicable administrative remedies and appeals under the Policies.

## COUNT I – CLAIM AGAINST MUTUAL OF OMAHA

20. Plaintiff hereby incorporates all allegations asserted in the preceding paragraphs.

Filed          20-CI-00308    03/30/2020        Amy Feldman, Franklin Circuit Clerk   NOT ORIGINAL DOCUMENT
                                                                                      04/22/2020 03:54:47 PM
                                                                                      43025-4

21. This Count is brought to recover benefits under the terms of the Plan and Policies, as a result of MetLife's improper denial of benefits under the terms of the Plan and Policies.

22. Plaintiff is entitled to payment of life insurance benefits from Mutual of Omaha, as Plaintiff (and Decedent) met and satisfied all necessary conditions under the terms of the Plan and Policies.

23. United of Omaha has wrongfully withheld, and is responsible for, payment of life insurance benefits to Plaintiff, as Decedent's beneficiary, under the Policies.

24. The decisions of Mutual of Omaha to deny benefits under the Plan and Policies were wrong, arbitrary and capricious, and against the overwhelming evidence provided to Mutual of Omaha, which entitles Plaintiff to recovery of benefits under the Plan and Policies, interest, costs and attorney's fees.

## COUNT II – CLAIMS AGAINST TOPY

25. Plaintiff hereby incorporates all allegations asserted in the preceding paragraphs.

26. Topy represented to Plaintiff and Decedent that Decedent was covered by Mutual of Omaha under the Policies for basic and voluntary life insurance if he died.

27. Topy accepted premium payments from Decedent for coverage under the Policies.

28. Contrary to the representations of Topy, Mutual of Omaha has alleged that Decedent was not in fact covered under the Policies at the time of his death.

29. Topy has and has assumed a fiduciary duty to advise employees such as Decedent about the benefits it makes available.

30. Topy breached its fiduciary duties by representing that Decedent was and would be covered if certain terms and conditions were met and if premiums were paid, while Mutual of Omaha alleges Decedent was not in fact covered under the Policies.

Presiding Judge: HON. THOMAS DAWSON WINGATE (648243)
COM : 000004 of 000005

Filed          20-CI-00308    03/30/2020        Amy Feldman, Franklin Circuit Clerk
NOT ORIGINAL DOCUMENT
04/22/2020 03:54:47 PM
43025-4

31. As a result of Topy's misrepresentations and breaches of fiduciary duties, Plaintiff has been damaged.

32. Plaintiff seeks attorney's fees and costs.

33. The damages sought for the aforesaid injuries are in excess of the jurisdictional limits of this Court.

WHEREFORE, Plaintiff Rachel Lee, demands the following relief, jointly and severally, against Defendants Mutual of Omaha and Topy:

1. Judgment against Mutual of Omaha and Topy for full benefits under the Plan and Policies (including, but not necessarily limited to, all basic and voluntary and/or supplemental life insurance benefits), as well as attorney's fees, interest, and costs;

2. Judgment against Topy, including for equitable relief, with respect to Plaintiff's breach of fiduciary duty claim, as well as attorney's fees, interest, and costs; and

3. Any and all other relief to which Plaintiff appears entitled.

Respectfully submitted,

*/s/ Bartley K. Hagerman*
PHILIP G. FAIRBANKS
BARTLEY K. HAGERMAN
**Mehr Fairbanks & Peterson Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: 859-225-3731
Facsimile: 859-225-3830
Email: pgf@austinmehr.com
Email: bkh@austinmehr.com
*Counsel for Plaintiff*

| AOC-E-105  Sum Code: CI | | Case #: 20-CI-00308 |
|---|---|---|
| Rev. 9-14 | | 43025-4 |
| Commonwealth of Kentucky |  | Court: **CIRCUIT** |
| Court of Justice   Courts.ky.gov | | County: **FRANKLIN** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

NOT ORIGINAL DOCUMENT
04/22/2020 03:55:11 PM

*Plantiff,* **LEE, RACHEL VS. UNITED OF OMAHA LIFE INSURANCE COMPANY, ET A,** *Defendant*

TO:   **UNITED OF OMAHA LIFE INSURANCE COMPANY**
       **GENERAL COUNSEL**
       **3300 MUTUAL OF OMAHA PLAZA**
       **OMAHA, NE 68175**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Amy Feldman*
Franklin Circuit Clerk
Date: **3/30/2020**

Presiding Judge: HON. THOMAS DAWSON WINGATE (648243)

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20____        Served By _____

                                 Title _____

Summons ID: @00000221955
CIRCUIT: 20-CI-00308 Long Arm Statute – Secretary of State
LEE, RACHEL VS. UNITED OF OMAHA LIFE INSURANCE COMPANY, ET A



Page 1 of 1



eFiled

CI : 000001 of 000001